UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH R. BURNETT, | CASE NO. C22-0361JLR |
| Petitioner, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Petitioner Kenneth R. Burnett's motion to vacate his sentence and set aside his judgment pursuant to 28 U.S.C. § 2255. (Mot. (Dkt. # 1).) Mr. Burnett did not sign the motion. (*See id.* at 6.) Instead, his counsel, Ms. Vicki Lai and Mr. Jesse Cantor, signed and filed the motion on his behalf. (*See id.* at 1, 6.) Counsel, however, failed to include a verification statement as required by Local Rule 100(e), which provides:

> If a petition or motion is not made and verified by the party in custody, the person making such petition or motion shall verify the same on behalf of such party in custody, and shall set forth therein the reason why it is not made and verified by the party in custody, and shall state he or she knows the facts set forth therein, or if upon information and belief, the sources of his or her information shall be stated.

Local Rules W.D. Wash. LCR 100(e).  Accordingly, the court DIRECTS counsel to supplement Mr. Burnett's § 2255 motion with a verification statement in accordance with the local rules.

Filed and entered this 30th day of March, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2