The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH R. BURNETT,<br><br>  Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | Case No. CV22-361 JLR<br><br>[~~PROPOSED~~] ORDER TO EXTEND TIME TO ANSWER BURNETT'S MOTION TO VACATE JUDGMENT UNDER 28 U.S.C. § 2255 |

THE COURT having received and reviewed the unopposed Motion to Extend Time to Respond to Burnett's Motion to Vacate Judgment Under 28 U.S.C. § 2255, and based on all the records and files in this matter, and good cause appearing,

IT IS HEREBY ORDERED that the Motion to Extend Time to Respond to Burnett's Motion to Vacate Judgment Under 28 U.S.C. § 2255 is GRANTED.

The government's response to Burnett's Motion is due May 27, 2022.

DATED this 16th day of May, 2022.

_____
JAMES L. ROBART
United States District Court Judge

Order to Extend Time to Answer - 1
*Burnett v. United States* / CV22-361 JLR

Presented by:

/s/ Erin H. Becker
ERIN H. BECKER
Assistant United States Attorney

Order to Extend Time to Answer - 2
*Burnett v. United States* / CV22-361 JLR