THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH R. BURNETT,<br><br>        Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | )  Civil No. CV22-361-JLR<br>)  Crim No. CR17-029-JLR<br>)<br>)  (~~PROPOSED~~) ORDER GRANTING<br>)  THE UNOPPOSED MOTION FOR<br>)  EXTENSION OF TIME TO FILE<br>)  PETITIONER'S RESPONSE<br>)<br>) |

**JLR**

THE COURT, having considered the unopposed motion to extend the Petitioner's deadline to file a response and records and files herein, GRANTS the motion.

IT IS ORDERED that the Petitioner's deadline to file a response is extended to June 13, 2022.

DONE this 16th day of May, 2022.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vicki Lai*
s/ *Jesse Cantor*
Assistant Federal Public Defenders
Attorneys for Kenneth Burnett